## SMITH *v.* THE STATE.

EVANS, P. J.   1. The evidence authorized an instruction on the subject of positive and negative testimony.

2. The verdict is supported by the evidence.

*Judgment affirmed. All the Justices concur.*

No. 298.   JUNE 12, 1917.

Indictment for murder. Before Judge Smith. Campbell superior court. January 12, 1917.

*J. F. Golightly* and *L. S. Camp*, for plaintiff in error.

*Clifford Walker*, attorney-general, *George M. Napier*, solicitor-general, and *M. C. Bennet*, contra.